IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–02444–WYD–KMT

AMERICAN WEB, INC.,

    Plaintiff/Counter-Defendant,

v.

FLOM CORPORATION, a Maryland corporation,

    Defendant/Counter-Claimant.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

In light of Defendant's Response (Doc. No. 18) stating that it consents to Plaintiff's Second Amended Complaint, Plaintiff's Unopposed Motion for Leave to Amend Complaint (Doc. No. 14, filed Nov. 23, 2011) is GRANTED. The Clerk of Court is directed to file Plaintiff's Second Amended Complaint (Doc. No. 14-1).

Dated: December 2, 2011