IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–02444–WYD–KMT

AMERICAN WEB, INC.,

    Plaintiff,

v.

FLOM CORPORATION, a Maryland corporation,
LLOYD S. STIRMER, an individual,
PETER O. ABELES, an individual, and
JOHN DOE TRUSTEE(S) OF THE STIRMER TRUST,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Unopposed Motion to Amend Caption" (Doc. No. 96, filed April 2, 2013) is GRANTED. The caption shall be amended to substitute "Lloyd S. Stirmer, as trustee of the Stirmer Qualified Subchapter S Trust FBO Stacy Stirmer and the Stirmer Qualified Subchapter S Trust FBO Lloyd Stirmer" for Defendant "John Doe Trustee(s) of the Stirmer Trust."

Dated: April 3, 2013