**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WILEY Y. DANIEL**

| | |
|---|---|
| Courtroom Deputy:   Robert R. Keech | Date:   September 11, 2013 |
| E.C.R./Reporter:   Tammy Hoffschildt | |

Civil Action No: **11-cv-02444-WYD-KMT**          Counsel:

**AMERICAN WEB, INC.**,                                         Gregory C. Smith
                                                                                  Scott T. Rodgers
            Plaintiff,

v.

**FLOM CORPORATION**,                                      Jeffrey S. Roberts
                                                                                  Hearther Carson Perkins
            Defendant.

**COURTROOM MINUTES**

**MOTIONS HEARING**

**11:07 a.m.**     Court in Session

                       APPEARANCES OF COUNSEL.

                       Court's opening remarks.

                       Defendant's Motion for Partial Summary Judgment [ECF Doc. No. 74], filed
                       August 31, 2012, is raised for argument.

11:11 a.m.       Argument by Defendant (Ms. Perkins).

11:18 a.m.       Argument by Plaintiff (Mr. Smith).

11:19 a.m.       Argument by Defendant (Ms. Perkins).

| | |
|---|---|
| **ORDERED:** | Defendant's Motion for Partial Summary Judgment [ECF Doc. No. 74], filed August 31, 2012, is **DENIED.** |
| | Plaintiff's Motion for Clarification of Order [ECF Doc. No. 97], filed April 2, 2013, is raised for argument. |
| 11:23 a.m. | Argument by Plaintiff (Mr. Smith). |
| 11:27 a.m. | Argument by Defendant (Ms. Perkins). |
| **ORDERED:** | Plaintiff's Motion for Clarification of Order [ECF Doc. No. 97], filed April 2, 2013, is **DENIED.** |
| | Plaintiff's Motion for Partial Summary Judgment [ECF Doc. No. 75], filed August 31, 2013, is raised for argument. |
| 11:32 a.m. | Argument by Plaintiff (Mr. Smith). |
| 12:00 p.m. | Argument by Defendant (Ms. Perkins). |
| 12:24 p.m. | Argument by Plaintiff (Mr. Smith). |
| 12:35 p.m. | Argument by Defendant (Ms. Perkins). |
| **ORDERED:** | Plaintiff's Motion for Partial Summary Judgment [ECF Doc. No. 75], filed August 31, 2013, is **TAKEN UNDER ADVISEMENT.** |
| **12:37 p.m.** | Court in Recess - HEARING CONCLUDED. |

**TOTAL TIME:   1:30**