**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WILEY Y. DANIEL**

| | |
|---|---|
| Courtroom Deputy:   Robert R. Keech | Date:   October 2, 2013 |
| E.C.R./Reporter:   Tammy Hoffschildt | |

| | |
|---|---|
| Civil Action No: **11-cv-02444-WYD-KMT** | Counsel: |
| **AMERICAN WEB, INC.**, | Gregory C. Smith |
| | Scott T. Rodgers |
| Plaintiff, | Kieran A. Lasater |
| v. | |
| **FLOM CORPORATION, a Maryland corporation, and** | Jeffrey S. Roberts |
| | Hearther Carson Perkins |
| **LLOYD S. STIRMER, an individual,** | |
| **PETER O. ABELES, an individual,** | |
| **JOHN DOE TRUSTEE(S) of the STIRMER TRUST**, | |
| Defendants. | |

**COURTROOM MINUTES**

**TRIAL PREPARATION CONFERENCE**

**10:09 a.m.**   Court in Session

APPEARANCES OF COUNSEL.

Court's opening remarks.

Stipulated Fed.R.Civ.P. 58 Motion for Entry of Judgment [ECF Doc. No. 105], filed September 26, 2013, and Defendant's Motion to Vacate Trial Date [ECF Doc. No. 107], filed September 27, 2013, are raised for argument.

10:11 a.m.   Argument by Plaintiff (Mr. Smith).

10:19 a.m.      Argument by Defendants (Ms. Perkins).

10:25 a.m.      Argument by Plaintiff (Mr. Smith).

10:33 a.m.      Argument by Defendants (Ms. Perkins).

**ORDERED:**   Stipulated Fed.R.Civ.P. 58 Motion for Entry of Judgment [ECF Doc. No. 105], filed September 26, 2013, is **GRANTED.**

**ORDERED:**   Defendant's Motion to Vacate Trial Date [ECF Doc. No. 107], filed September 27, 2013, is **GRANTED.**

**ORDERED:**   4-Day Bench Trial set to commence on Tuesday, November 5, 2013, at 9:00 a.m., is **VACATED.**

10:37 a.m.      Discussion regarding additional discovery to be conducted in this matter.

**ORDERED:**   Counsel shall contact Magistrate Judge Tafoya's chambers to deal with discovery matters.

**ORDERED:**   Parties shall file a joint status report not later than **Friday, January 3, 2014.**

10:43 a.m.      Discussion regarding attorneys' fees issue.

**ORDERED:**   Plaintiff shall file motion for attorneys fees and costs not later than **Friday, October 25, 2013.**

**10:47 a.m.**  Court in Recess - HEARING CONCLUDED.

**TOTAL TIME:   :38**